IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MARCELINO BRITO OCHOA,                )
         Petitioner,                        )
                                            )
vs.                                   )      No. 3:08-CV-0075-P (BH)
                                            )             ECF
NATHANIEL QUARTERMAN, Director,        )    Referred to U.S. Magistrate Judge
TDCJ-CID, *et al.*,                    )
         Respondents.                       )

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclu-

sions, and Recommendation of the United States Magistrate Judge and any objections thereto, in

accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the

Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the

Findings and Conclusions of the Court.

**SIGNED this 23rd day of July 2008.**


**JORGE A. SOLIS**
**UNITED STATES DISTRICT JUDGE**